UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Melvin E. Barney Baehr, <br><br>　　　　Defendant. | Case No. 2:17-cv-0721 MCE AC <br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Melvin E. Barney Baehr in principal amount of $6,657.31 plus $480.50 in costs.

September 25, 2017　　　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/ J. Donati, Deputy Clerk